# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| JAMES MICHAEL WOOD, Executor of the Estate of Gladys G. Wood, Deceased, and on behalf of the wrongful death beneficiaries of Gladys G. Wood,<br><br>    Plaintiff,<br><br>v.<br><br>GREENFIELD ASSISTED LIVING OF MEMPHIS, LLC, d/b/a GREENFIELD ASSISTED LIVING OF MEMPHIS, a/k/a ASSISTED LIVING OF MEMPHIS; GREENFIELD MANAGEMENT, LLC; and GREENFIELD SENIOR LIVING, INC.,<br><br>    Defendants. | No. 15-cv-02151-SHL-tmp |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Defendants' Notice of Removal (ECF No. 01), filed March 3, 2015, the Court having determined that Plaintiff is bound to arbitrate this case,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the Corrected Order Granting Defendants' Motion to Compel Arbitration (ECF No. 22), filed June 22, 2015, all claims by Plaintiff against Defendants are hereby DISMISSED WITHOUT PREJUDICE.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

June 23, 2015
Date